BUCHALTER NEMER
A Professional Corporation
BERNARD E. LESAGE (SBN 61870)
GEOFFREY FORSYTHE BOGEAUS (SBN 60609)
WILLIAM MILLER (SBN 216289)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff and Counter-Defendants,
Southern California Housing Rights Center, dba Housing
Rights Center; Danielle Jones and Gary Rhoades.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING RIGHTS CENTER, INC., GABRIEL ESTRADA; MARIA WENCE; KELVIN ESTRADA, a minor, by his guardian ad litem Maria Wence; KEVIN ESTRADA, a minor, by his guardian ad litem Maria Wence; all individually and on behalf of the GENERAL PUBLIC, <br><br> Plaintiffs, <br><br> vs. <br><br> PETE NIJJAR; NIJJAR REALTY, INC., dba PAMA MANAGEMENT CO.; PARAMJIT S. (aka PETE NIJJAR) AND HARJINDER K. NIJJAR LIFETIME TRUST; PETE NIJJAR individually and as trustee of PARAMJIT S. AND HARJINDER K. NIJJAR LIFETIME TRUST; TRINIDAD COLMENERO, <br><br> Defendants. | Case No. CV 02-9712 DSF (FMOx) <br><br> [Assigned to the Honorable Dale S. Fischer] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DESIGNATION DEADLINE** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DESIGNATION DEADLINE

| | |
|---|---|
| 1 | PETE NIJJAR and NIJJAR REALTY INC., |
| 2 | |
| 3 | Counter-Claimants |
| | vs. |
| 4 | |
| 5 | SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER INC., |
| 6 | aka Housing Rights Center, Inc., aka Fair Housing Council, aka San |
| 7 | Gabriel Valley Fair Housing Council; DANIELLE JONES, and |
| 8 | GARY RHOADES, |
| 9 | Counter-Defendants. |

Counter-Defendants Southern California Housing Rights Center dba Housing Rights Center (erroneously sued as "Southern California Housing Rights Center Inc." and successor in interest to Fair Housing Council of San Gabriel Valley), Danielle Jones and Gary Rhoades, and Counter-Claimants Pete Nijjar and Nijjar Realty Inc., (collectively, hereinafter the "Parties") by and through their respective counsel of record, seek a continuance of the July 1, 2006 deadline to designate expert witnesses in this matter.

WHEREAS, the Parties are currently engaged in settlement negotiations, which both Parties hope will lead to a resolution of this matter without the need for further litigation and thereby render the designation of experts unnecessary;

WHEREAS, discovery in this matter is still ongoing, and the Parties have various disputes regarding the documents that must be exchanged in this case, some of which are essential to the Parties' experts compiling their respective reports;

WHEREAS, the expert designation deadline and discovery cut-off in this matter are inconsistent; although discovery does not close for more than a month, at present, on July 1, 2006 the experts are required produce reports that rely on, at least in part, the documents and information obtained in discovery. The Parties,

however, have not completed all of the discovery necessary for the experts to finish their reports. The Parties expect that all the discovery necessary for the experts to complete their reports will be done by the discovery cut-off on August 1, 2006 (which is more than four (4) months before trial). Accordingly, the deadline to disclose expert witnesses should be continued until the discovery cut-off on August 1, 2006.

WHEREAS, the Parties have agreed that in consideration of the discovery that must be completed and their ongoing settlement negotiations, the expert designation deadline should be continued to coincide with the August 1, 2006 discovery cut-off; and

WHEREAS, good cause exists for the requested change to the current deadline for the reasons set forth herein.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the current expert designation deadline set for July 1, 2006 be continued until August 1, 2006 to allow the Parties' time to complete their settlement negotiations, attempt to obtain all of the documents and information necessary for the experts to give complete reports, and make the deadline to disclose expert witnesses consistent with the discovery cut-off in this matter.

///

///

///

///

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DESIGNATION DEADLINE

| | | |
|---|---|---|
| 1 | DATED: June 27, 2006 | BUCHALTER NEMER<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | GEOFFREY FORSYTHE BOGEAUS<br>Attorneys for Counter-Defendants, |
| 6 | | SOUTHERN CALIFORNIA<br>HOUSING RIGHTS CENTER, dba |
| 7 | | HOUSING RIGHTS CENTER;<br>DANIELLE JONES and GARY |
| 8 | | RHOADES |
| 9 | DATED: June 27, 2006 | DEMPSEY & JOHNSON P.C |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | ARLENE TURINCHEK<br>Attorneys for Counter-Claimants, |
| 14 | | PETE NIJJAR, NIJJAR REALTY INC. |

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the July 1, 2006 deadline to designate experts in the above entitled matter be continued until August 1, 2006.

DATED: June 24, 2006

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as:

**JOINT STIPULATION AND [PROPOSED] ORDER TO COINTINUE THE EXPERT DESIGNATION DEADLINE**

on all other parties and/or their attorney(s) of record to this action by faxing and/or

[X] placing a true copy thereof in a sealed envelope as follows:

DEMPSEY & JOHNSON
Stephen C. Johnson, Esq.
Rebecca Asuan-O'Brien, Esq.
1880 Century Park East, Ste 516
Los Angeles, CA 90067-1605

[X]  **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on June 27, 2006. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

[X]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 27, 2006, at Los Angeles, California.

Christine Acosta

(Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES